# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRANDON DONAHUE

VERSUS

SARAH ANN DONAHUE

NO. 2019 CW 1375

**JUNE 19, 2020**

---

In Re:    Brandon Donahue, applying for rehearing, 22nd Judicial District Court, Parish of St. Tammany, No. 2013-13390.

---

**BEFORE:    WHIPPLE, C.J., GUIDRY AND BURRIS,[1] JJ.**

   **APPLICATION FOR PANEL REHEARING OR, ALTERNATIVELY, FOR EN BANC REHEARING DENIED.**

**VGW**
**JMG**
**WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving _pro tempore_ by special appointment of the Louisiana Supreme Court.